(Del Rev 12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RECEIVED JUL 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Gallant Blazer Inc.
James R. Jobes, President

Terrance Gadsen, Bracey Dixon, Fred Cooper, Ansel Collins, Corey Ferrell
(Name of Plaintiff or Plaintiffs)

05 - 479

v.   CIVIL ACTION NO. _____

City of Wilmington Fire Department

(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to __42 U.S.C. 2000 e-5__
   (Federal statute on which action is based)
   for discrimination related to __Race, hiring, Promotion__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   __42 U.S.C. 2000 e-5__ .0.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __106 W 42nd Street__
   (Street Address)
   __Wilmington__  __New Castle__  __Delaware__  __19802__
   (City)          (County)        (State)       (Zip Code)
   __302-762-0607__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __300 N Walnut St__
   (Street Address)
   __Wilmington__  __New Castle__  __Delaware__  __19801__
   (City)          (County)        (State)       (Zip Code)

4. The alleged discriminatory acts occurred on __Over Period of time__
   (Day)  (Month)  (Year)

5. The alleged discriminatory practice (Ⓠ is) Q is not continuing.

6. Plaintiff(s) filed charges with the __EEOC_____
   (Agency)
   __21 S. Fifth St. Suite 400   Philadelphia,   PA   19106--2515__
   (Street Address)   (City)   (County)   (State)   (Zip)

   regarding defendant(s) alleged discriminatory conduct on: _____
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes Q   (No Q)
   If yes, to whom was the appeal taken?_____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   I allege that Wilmington's Black & Hispanic Firefighters as a whole are being discriminated against in violation of Title VII of the Civil Rights Act of 1964. I contend that Blacks & Hispanics are disciplined more severely than whites for similar work rule violations. Respondent's hiring & promotional policies and practices have a disparate impact upon Blacks & Hispanics.

10. Defendant's conduct is discriminatory with respect to the following:
    (A.)   Q   Plaintiff's race
    (B.)   Q   Plaintiff's color
    C.     Q   Plaintiff's sex
    D.     Q   Plaintiff's religion
    E.     Q   Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

Will be determined At A later date.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 July 2005

_____
(Signature of Plaintiff)

EEOC Form 161 (10:96)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: James Jobes
106 W. 42nd Street
Wimington, DE 19802

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA 19106-2515

[ ] *On behalf of person(s) aggrieved whose identity is* CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2004-01671 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Marie M. Tomasso, District Director

April 20, 2005
*(Date Mailed)*

Enclosure(s)

cc: City of Wilmington Fire Department
Samuel Foley, Esquire (For Charging Party)
Martin C. Meltzer, Assistant City Solicitor (For Respondent)