IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., PRESIDENT JAMES R. JOBES, TERRANCE GADSON, BRACEY DIXON, FRED COOPER, ANEL COLLINS, and COREY FERRELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON FIRE DEPARTMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-479-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this __10th__ day of February, 2006, the complaint in the above-captioned case having been filed on July 11, 2005;

IT IS ORDERED that, on or before **February 28, 2006**, plaintiffs shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE