IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., PRESIDENT JAMES R. JOBES, TERRANCE GADSON, BRACEY DIXON, FRED COOPER, ANEL COLLINS, and COREY FERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILMINGTON FIRE DEPARTMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Civ. No. 05-479-SLR ) ) ) ) ) |

O R D E R

At Wilmington this  13th  day of March, 2006, the complaint in the above-captioned case having been filed on July 11, 2005, and the plaintiffs having failed to show cause why this case should not be dismissed for failure to serve process as ordered by the court (D.I. 2);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE