The Honorable Sue L. Robinson
U. S. District Court
District of Delaware

**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00479-SLR**

Bracy C. Dixon Jr.
806 w 34th st
Wilmington, Delaware 19802


Your Honor,
 Am writing this letter in an effort to have a case reopened, for the following reasons. Please understand we accept responsibility for what has occurred and our ignorance is not an excuse. The case in question is # 1:05-cv-00479-SLR.  James R. Jobes, the President of the Gallant Blazers Inc; an organization formed in 1970 to alleviate racial discrimination on the Wilmington Fire Department; did file with the court clerk as instructed by the body. Unfortunately he only provided one address and phone number as contact information, his own. The other five plaintiffs could not be notified or contacted by the court. We firmly believe, but can not prove, Mr. Jobes fell victim to pressure and succumbed to scare tactics from the City administration. For this reason he never informed us of rule #4, the various correspondence he received from the court, nor that the case had been dismissed. I, through investigation, found out while attempting to file another civil action based on retaliation and career sabotage. We have worked extremely hard with the EEOC, exhausted all our funds on legal advice, and now our President has coward in the shadows of tyranny and oppression. Together we will not be afraid. I have enclosed the original complaint, and a copy with the signatures of all the plaintiffs. The contact information, to include address and phone numbers for each plaintiff is attached. I assure you we have read, and understand rule #4.  Please consider our request, and allow us to move forward with starting all over again. In the name of Justice , We thank you.

_____          _____          _____
Bracy C. Dixon Jr.                Fred Cooper                      Terrence Gadson

_____          _____
Corey Ferrell                     Anel Collins

Bracy C. Dixon Jr.
806 W 34th St
Wilmington, Delaware 19802
302-764-1130 hm
302-377-4529 cell


Terrence Gadson
2505 N. Heald St.
Wilmington, Delaware 19802
302-559-1242


Fred Cooper
28 Wick Dr.
Parksburg, Pa. 19365
302-377-9623


Corey Ferrell
2713 W. 3rd St
Wilmington, Delaware 19805
302-275-0839


Anel Collins
615 W 31st St.
Wilmington, Delaware 19802
302-293-7053

```
           UNITED STATES
           DISTRICT COURT
           District of Delaware
              Wilm. Division

           #  139897  -  ED
           July 11, 2005


     Code      Case #       Qty     Amount

     CIVIL FI 1-05-CV-479   1 @   250.00
                                  250.00 CA


     Total->              250.00


FROM: JAMES J. JOBES
      106 WEST 42ND STREET
      WILMINGTON, DE 19802
```