(Del. Rev 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

RECEIVED JUL 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Gallant Blazer Inc.
James R. Jobes, President

Terrance Gadsen, Bracey Dixon, Fred Cooper, Aniel Collins
Corey Ferrell
(Name of Plaintiff or Plaintiffs)

v.

City of Wilmington Fire Department

(Name of Defendant or Defendants)

CIVIL ACTION NO. 05 - 479

## COMPLAINT

1. This action is brought pursuant to __42 U.S.C. 2000 e-5__
   (Federal statute on which action is based)
   for discrimination related to __Race, hiring, Promotion__ jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   __42 USC 2000 e-5__ .0.
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at __106 W 42nd Street__
   (Street Address)
   __Wilmington__  __New Castle__  __Delaware__  __19802__
   (City)         (County)       (State)      (Zip Code)
   __302-762-0607__
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at __300 N Walnut St__
   (Street Address)
   __Wilmington__  __New Castle__  __Delaware__  __19801__
   (City)         (County)       (State)      (Zip Code)

4. The alleged discriminatory acts occurred on __Over Period of time__
   (Day)   (Month)   (Year)

5. The alleged discriminatory practice (Q is)  Q is not (continuing).

6. Plaintiff(s) filed charges with the ___EEOC___
(Agency)

___21 S. Fifth St. Suite 400   Philadelphia,   PA   19106-2515___
(Street Address)   (City)   (County)   (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: _____
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes  Q    (No Q)

If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

I Allege that Wilmington's Black & Hispanic Firefighters As A whole Are being discriminated Against in violation of Title VII of the Civil Rights Act of 1964. I contend that Blacks & Hispanics Are disciplined more severely than whites for similar work rule violations. Respondent's hiring & Promotional policies And practices have A disparate impact upon Blacks & Hispanics.

10. Defendant's conduct is discriminatory with respect to the following:
   (A.)  Q   Plaintiff's race
   (B.)  Q   Plaintiff's color
   C.    Q   Plaintiff's sex
   D.    Q   Plaintiff's religion
   E.    Q   Plaintiff's national origin

11. Plaintiff prays for the following relief:  (Indicate the exact relief requested)

Will be determined At A later date. No less than 5 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 July 2005

(Signature of Plaintiff)