CLOSED, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00479-SLR
### Internal Use Only

| | |
|---|---|
| Gallant Blazer Inc. et al v. City of Wilmington Fire Department | Date Filed: 07/11/2005 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: None |
| Cause: 42:2000 Job Discrimination (Race) | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Gallant Blazer Inc.**  represented by **Gallant Blazer Inc.**
PRO SE

**Plaintiff**

**President James R. Jobes**  represented by **James R. Jobes**
James R. Jobes, Pro se
106 W 42nd Street
Wilmington, DE 19802
302-762-0607
PRO SE

**Plaintiff**

**Terrance Gadson**  represented by **Terrance Gadson**
PRO SE

**Plaintiff**

**Bracey Dixon**  represented by **Bracey Dixon**
PRO SE

**Plaintiff**

**Fred Cooper**  represented by **Fred Cooper**
PRO SE

**Plaintiff**

**Anel Collins**  represented by **Anel Collins**
PRO SE

**Plaintiff**

**Corey Ferrell**  represented by **Corey Ferrell**
PRO SE

V.

**Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., PRESIDENT JAMES R. JOBES, TERRANCE GADSON, BRACEY DIXON, FRED COOPER, ANEL COLLINS, and COREY FERRELL, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 05-479-SLR ) |
| CITY OF WILMINGTON FIRE DEPARTMENT, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this  10th  day of February, 2006, the complaint in the above-captioned case having been filed on July 11, 2005;

IT IS ORDERED that, on or before **February 28, 2006**, plaintiffs shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., PRESIDENT JAMES R. JOBES, TERRANCE GADSON, BRACEY DIXON, FRED COOPER, ANEL COLLINS, and COREY FERRELL,  Plaintiffs,  v.  CITY OF WILMINGTON FIRE DEPARTMENT,  Defendant. | Civ. No. 05-479-SLR |

**O R D E R**

At Wilmington this __13th__ day of March, 2006, the complaint in the above-captioned case having been filed on July 11, 2005, and the plaintiffs having failed to show cause why this case should not be dismissed for failure to serve process as ordered by the court (D.I. 2);

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

**City of Wilmington Fire Department**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2005 | 1 | COMPLAINT filed against City of Wilmington Fire Department - Magistrate Consent Notice and Rule 4 to Pltf. ( Filing fee $ 250, receipt number 139897.) - filed by James R. Jobes. (Attachments: # 1 Civil Cover Sheet # 2 Acknowledgement of Consent Form # 3 Acknowledgement of Rule 4)(els, ) (Entered: 07/12/2005) |
| 07/11/2005 |  | No Summons Issued (els, ) (Entered: 07/12/2005) |
| 07/20/2005 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 07/20/2005) |
| 02/10/2006 | 2 | ORDER TO SHOW CAUSE, on or before 2/28/2006, pltfs shall show cause why this case should not be dismissed for failure to serve process within 120 days of filing the complaint. Signed by Judge Sue L. Robinson on 2/10/06. (fmt, ) (Entered: 02/10/2006) |
| 02/22/2006 |  | ***Set Paper Documents Flag (rbe, ) (Entered: 02/22/2006) |
| 03/13/2006 | 3 | ORDER; this case is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint. Signed by Judge Sue L. Robinson on 3/13/06. (fmt, ) (Entered: 03/13/2006) |
| 03/20/2006 |  | CASE CLOSED (rld, ) (Entered: 03/20/2006) |