U.S. District Court

District of Delaware (Wilmington)

Civil Docket for Case #:1:05-cv-00479-SLR

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAY 12  AM 11: 26

**MOTION:**

Your Honor,

I, James Jobes and Anel Collins: both would like to formally request to be removed from the civil action(s) mentioned above. This request in no way is intended to discredit the claims of the remaining party(s) involved. Thank you.

_____            _____
James Jobes                                              Anel Collins

**Terrance Gadson**
Terrance Gadson, Pro Se
2505 N. Heald Street
Wilmington, DE 19802
(302) 559-1242

**Bracey C. Dixon, Jr.**
Bracy C. Dixon, Jr., Pro Se
806 W. 34th Street
Wilmington, DE 19802
(302) 764-1130

**Fred Cooper**
Fred Cooper, Pro Se
28 Wick Drive
Parksburg, PA 19365
(302) 377-9623

**Corey Ferrell**
Corey Ferrell, Pro Se
2713 W. 3rd Street
Wilmington, DE 19805
(302) 275-0839

*Copies of this motion have been hand delivered to the above named/listed individuals.*

[signature]