AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Bracy Dixon, Fred Cooper, Terence Gadson, & Corey Ferrell

V.

City of Wilmington Fire Department

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-00479 SLR

TO: (Name and address of Defendant)

City of Wilmington, Fire Department
800 N. French St.
Wilmington, De 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bracy C. Dixon Jr.
806 W. 34th St.
Wilmington, De 19802
302-764-1130

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

Evette Watson
(By) DEPUTY CLERK

MAY 2 4 2006
DATE

SS134 35

June 5, 2006

OFFICE OF THE SHERIFF

Served a copy the within writ, a copy of the Summons and Complaint upon CITY OF WILMINGTON FIRE DEPARTMENT

By serving the same and leaving a copy thereof with DONNA KELLUM, at CITY SOLICITOR/LAW DEPARTMENT 800 N FRENCH STREET, WILMINGTON, DE 19801, on 6/5/2006 at 2:15PM.

Fees Paid: $30.00

Civil Action # SS13435
Per: Deputy Sheriff, John Howard

SO ANS;
SHERIFF

*[signature]*

WRIT RET. 6-6-06

PER: Doreen Simmons

Document #: 06008945

**Office of the Sheriff**  06008945
**Deputy Service Sheet**

**Summons and Complaint**

Court:  Special Subpoena Mileage (New Castle)    **Service Count:** 1

**Return Date:** 06/20/2006    **Court Date:**

**CA#SS13435**

**BRACY C DIXON JR, FRED COOPER TERENCE GADSON & COREY FARRELL**
**vs.**
**CITY OF WILMINGTON FIRE DEPARTMENT**

Return of Service to be made by: __/__/__
Return of Service Mailed on: __/__/__

Received Date:  05/31/2006
Prepared by: Jmerrill

**Service On**

CITY OF WILMINGTON FIRE DEPARTMENT
Served,
CITY SOLICITOR/LAW DEPARTMENT
800 N FRENCH STREET
WILMINGTON, DE 19801

**File Comments**

1:05-CV-00479 SLR

FILED
2006 JUN 13 AM 10:52
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

Attempted Service _____
Attempted Service _____
Attempted Service _____
Attempted Service _____
Attempted Service _____

**Service**
Served By  JAH
Served  DONNA KELLUM
Date Served 6/5/06  Time Served 215
**Place Served** _____
**Substitute** _____

**Attorney:**
BRACY C DIXON JR, FRED COOPER TERENCE GADSON &
806 W 34 TH STREET
WILMINGTON, DE 19802

**Description of Person Served**
Male          Female
Hair Color          Skin Color          Ethnicity
Height          Weight          Age
Other Identifying Marks