IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Gallant Blazer, Inc., President James R. Jobes: Terrance Gadson, Bracey C. Dixon, Jr., Fred Cooper, Anel Collins and Corey Ferrell | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 05-479 SLR |
| City of Wilmington Fire Department, | : : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS**

For the reasons set forth in Defendant's Opening Brief in Support of Its Motion to Dismiss, Defendant, City of Wilmington Fire Department, respectfully moves this Court to dismiss the Plaintiffs' Complaint with prejudice pursuant to *Fed.R.Civ.P.* 12(b)(6) for failure to state a claim upon which relief can be granted.

CITY OF WILMINGTON LAW DEPARTMENT

   /s/ Andrea J. Faraone
Andrea J. Faraone (I.D. # 3831)
Assistant City Solicitors
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorneys for Defendant

Dated: Jun 26, 2006