IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Gallant Blazer, Inc., President James R. Jobes: Terrance Gadson, Bracey C. Dixon, Jr., Fred Cooper, Anel Collins and Corey Ferrell | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 05-479 SLR |
| City of Wilmington Fire Department, | : : | |
| Defendant. | : | |

**<u>ORDER</u>**

This _____ day of _____, 2006, the Court having considered Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED this \_\_\_\_day of _____, 2006, that Defendant's Motion to Dismiss is GRANTED, and Plaintiffs' Complaint in the above-captioned action is dismissed with prejudice.

_____
Judge Sue L. Robinson