IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Gallant Blazer, Inc., President James R. Jobes:<br>Terrance Gadson, Bracey C. Dixon, Jr.,<br>Fred Cooper, Anel Collins and<br>Corey Ferrell<br><br>   Plaintiffs,<br><br>   v.<br><br>City of Wilmington Fire Department,<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 05-479 SLR<br>:<br>:<br>:<br>: |

CERTIFICATE OF SERVICE

 I, Andrea J. Faraone, Esquire, hereby certify that on this 26th day of June, 2006, I filed the Defendants, City of Wilmington Fire Department's Opening Brief in Support of Its Motion to Dismiss with the Clerk of Court using CM/ECF which will send notification of such filing(s) that this document is available for viewing and downloading from CM/ECF to the following:

Bracy C. Dixon, Jr.
806 W. 34th Street
Wilmington, DE 19802

Terrance Gadson
2505 N. Heald Street
Wilmington, DE 19802

Fred Cooper
28 Wick Drive
Parksburg, PA 19365

Corey Ferrell
2713 W. 3rd Street
Wilmington, DE 19805

     /s/ Andrea J. Faraone
    Andrea J. Faraone, Esquire (I.D. #3831)
    City of Wilmington Law Department
    Louis L. Redding City/County Building
    800 N. French Street, 9th Floor
    Wilmington, DE 19801
    (302) 576-2175
    Attorney for Defendants