IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., ) <br> TERRANCE GADSON, BRACEY C. ) <br> DIXON, JR., FRED COOPER, and ) <br> COREY FERRELL, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) Civ. No. 05-479-SLR <br>   ) <br> CITY OF WILMINGTON FIRE ) <br> DEPARTMENT, ) <br>   ) <br>   Defendant. ) | |

**O R D E R**

At Wilmington this 30th day of June, 2006, defendant having filed information within D.I. 11 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 11. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

_____
United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at **www.ded.uscourts.gov** and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).