Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

05-479 SLR

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL -7  PM 3:02

KG
Scanned

RETURN FOR POSTAGE

Corey Ferrell
Corey Ferrell, Pro Se
2713 W. 3rd Street
Wilmington, DE 19805

U.S.M.X.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALLANT BLAZER, INC., TERRANCE GADSON, BRACEY C. DIXON, JR., FRED COOPER, and COREY FERRELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF WILMINGTON FIRE DEPARTMENT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-479-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 30th day of June, 2006, defendant having filed information within D.I. 11 that appears to be personal and may not be appropriate to share on the public docket;

IT IS ORDERED that, should a party want the personal information to be treated as confidential, the party shall immediately file with the court a motion to seal D.I. 11. This procedure is outlined in the "Notice Regarding Personal Information"[1] attached to this order.

                                            /s/ Sue L. Robinson
                                     United States District Judge

---

[1] Visit this court's website for more information regarding privacy and the process for sealing documents at **www.ded.uscourts.gov** and click on the "CM/ECF" link to access "Standing Order and Administrative Procedures" (SEE Paragraph (I) Privacy).

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo, Clerk of Court

## Other Orders/Judgments
1:05-cv-00479-SLR Gallant Blazer Inc. et al v. City of Wilmington Fire Department

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 7/6/2006 at 1:56 PM EDT and filed on 7/6/2006
**Case Name:**       Gallant Blazer Inc. et al v. City of Wilmington Fire Department
**Case Number:**     1:05-cv-479
**Filer:**
**Document Number:** 12

**Docket Text:**
ORDER should a party want the personal information in D.I. 11 to be treated as confidential the party shall immediately file a motion to seal D.I. 11. Signed by Judge Sue L. Robinson on 6/30/06. (Attachments: # (1) Notice re Privacy)(rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/6/2006] [FileNumber=239853-0]
[be2e737b6207e719bd5cd86dc5352dcf309c1f71044f43c7cdb20736aaeb12ecb25ae
02af81370849d71fdd020e154008f80f36e4e55ff2191ec887f9bb37cfb]]
**Document description:** Notice re Privacy
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/6/2006] [FileNumber=239853-1]
[9a040998a4f9fccd1668d1482159d255bf0a2990ec7cea6c16f6490bc763f8eee7752
f8e6956066e899c9969a5d66f811dd03672f57c4eafb229defe3cbbf6b7]]

**1:05-cv-479 Notice will be electronically mailed to:**

Andrea Jeane Faraone     afaraone@ci.wilmington.de.us, dkellam@ci.wilmington.de.us

**1:05-cv-479 Notice will be delivered by other means to:**

Fred Cooper
Fred Cooper, Pro Se
28 Wick Drive
Parksburg, PA 19365

Bracey C. Dixon, Jr

Bracy C. Dixon, Jr., Pro Se
806 W. 34th Street
Wilmington, DE 19802

Corey Ferrell
Corey Ferrell, Pro Se
2713 W. 3rd Street
Wilmington, DE 19805

Terrance Gadson
Terrance Gadson, Pro Se
2505 N. Heald Street
Wilmington, DE 19802

Gallant Blazer Inc.

,