**U.S. District Court**
**District of Delaware (Wilmington)**
**CIVIL DOCKET FOR CASE #: 1:05-cv-00479-SLR**

Motion

This motion is submitted in an effort to have the court consider a request to remove the Gallant Blazers Inc. from Civil Docket # 1:05-cv-00479-SLR.
This request is based on the same grounds and reasoning as the motion to have the case reopened. The President of the Gallant Blazers did indeed file this case at the request of five
other individuals who happen to be members of the organization, however; his actions were not thorough,
lacked follow-up, were not sanctioned by the entire body by way of a vote, and as a result the case was dismissed.
Eventually he himself and another member, abandoned the efforts all together (see motion submitted 12 May 2006).
We would like the court to understand this is a case of four individuals fighting for racial equality not a corporate entity.
Although we are members of the Gallant Blazers, the organization is not supporting our efforts in any way.
We four individuals are making strong efforts to retain counsel, yet this task is not an easy one. If the court
does not see fit to remove the corporate entity and allow us as individuals working together, to move forward;
we would like to request an extention to attain counsel.
Thank you for you attention to this matter.

Bracy C. Dixon     Frederick Cooper Jr.     Terrance Gadson     Corey Ferrell

**Terrance Gadson**
Terrance Gadson, Pro Se
2505 N. Heald Street
Wilmington, DE 19802
(302) 559-1242

**Bracey C. Dixon, Jr.**
Bracy C. Dixon, Jr., Pro Se
806 W. 34th Street
Wilmington, DE 19802
(302) 764-1130

**Fred Cooper**
Fred Cooper, Pro Se
28 Wick Drive
Parksburg, PA 19365
(302) 377-9623

**Corey Ferrell**
Corey Ferrell, Pro Se
2713 W. 3rd Street
Wilmington, DE 19805
(302) 275-0839

Andrea Jeane Faraone
City of Wilmington Law Dept.
800 French St.
9th floor
Wilmington, De 19801
302- 576-2175

Copies of this motion have been hand delivered to the above named/listed individuals.