IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRANCE GADSON, BRACY C. DIXON, JR., FRED COOPER, and COREY FERRELL, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WILMINGTON FIRE DEPARTMENT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 05-479-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

### O R D E R

At Wilmington this 19th day of March, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss (D.I. 9) is granted.

                                                    _____
                                                    United States District Judge